**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

DEVERICK SCOTT,                    *
ADC #131042,                      *
                                  *
            Plaintiff,            *
                                  *
vs.                               *          No. 2:12CV00245-SWW
                                  *
RAY HOBBS, Director, Arkansas     *
Department of Correction; *et al.*, *
                                  *
            Defendants.

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.  Dismissal of this action constitutes

a "strike" for the purposes of 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order would not be taken in good faith.

IT IS SO ADJUDGED this 17th day of April, 2013.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1